UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: TODD MICHAEL JACKOVICH                CASE NO. 04-04514-5-ATS
      MANDY JEAN JACKOVICH
      DEBTORS                                                            CHAPTER 13

## MOTION FOR TURNOVER

Now come the debtors, by and through counsel, pursuant to Sections 362 and 542 of the Bankruptcy Code and moves for an order requiring BB&T to turn over the debtors' 2004 Nissan Frontier. In support of this motion the debtors show the court the following.

1. The debtors filed the above captioned case on December 17, 2004. This is the debtors' first bankruptcy filing.

2. BB&T repossessed the debtors' 2004 Nissan Frontier on or about December 14, 2004.

3. Said automobile is necessary to the successful completion of the debtors' plan.

4. The debtors' chapter 13 plan proposes to pay BB&T the full value of the Nissan through payments to the chapter 13 trustee.

5. The debtors have provided proof of insurance to BB&T.

6. The turnover of this automobile would be in the best interest of all parties.

WHEREFORE, the debtors pray the Court as follows:

1. That the Court issue an Order directing the creditor, BB&T, to immediately turn over to the debtors the 2004 Nissan Frontier; and

2. For such other and further relief as the court deems just and proper.

Dated: 12/17/04

                                      /s/ Travis Sasser
                                      Travis Sasser
                                      Attorney for debtors
                                      State Bar No. 26707
                                      875 Walnut Street, Suite 342
                                      Cary, NC 27511
                                      Tel: 919.319.7400
                                      Fax: 919.657.7400
                                      tsasser@carybankruptcy.com

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: TODD MICHAEL JACKOVICH | CASE NO. 04-04514-5-ATS |
| MANDY JEAN JACKOVICH | |
| DEBTORS | CHAPTER 13 |

### NOTICE OF MOTION FOR TURNOVER

TAKE NOTICE that a Motion for Turnover, a copy of which is attached hereto, has been filed against you in the above stated Court.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fifteen (15) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, P.O. Box 1441, Raleigh, NC 27602-1441 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: 12/17/04

/s/ Travis Sasser
Travis Sasser
Attorney for debtors
State Bar No. 26707
875 Walnut Street, Suite 342
Cary, NC 27511
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

**CERTIFICATE OF SERVICE**

I, Travis Sasser of Cary, NC, certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on the date stated, I served copies of the Motion for Turnover, postage prepaid, enclosed in an envelope which was properly addressed to the persons and entities listed below:

Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661

BB&T
Attn: Managing Agent
Bankruptcy Section
Post Office Box 1847
Wilson, NC 27894-1847

James S. Livermon, III, Esq.
PO Box 353
Rocky Mount, NC 27802

Todd and Mandy Jackovich
1743 Ravenwing Drive
Fuquay Varina, NC 27526-5315

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/04

/s/ Travis Sasser
Travis Sasser
Attorney for debtors
State Bar No. 26707
875 Walnut Street, Suite 342
Cary, NC 27511
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com