

**SO ORDERED.**

**SIGNED this 03 day of October, 2006.**

_____
**A. Thomas Small**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:  TODD MICHAEL JACKOVICH | CASE NO. 04-04514-5-ATS |
| MANDY JEAN JACKOVICH | |
| DEBTORS | CHAPTER 13 |

### ORDER ON DEBTORS' MOTION TO SELL PROPERTY

THIS MATTER COMES on before the Court upon the debtors' Motion to Sell Property. It appears to the Court that the trustee and matrix was served a copy of the Motion and Notice of Motion, and

**IT FURTHER APPEARS** to the Court that no response has been filed and that good cause exist for the granting of the Motion.

**IT FURTHER APPEARS** to the Court that the terms of sale set forth in the Offer to Purchase and Contract attached to the debtors' Motion are fair and reasonable and in the best interest of all parties.

**IT IS NOW ORDERED** that the debtors' Motion to Sell Property is hereby granted and that the debtors may sell the real property located at 1743 Ravenwing Drive, Fuquay Varina, NC 27526 (Property) pursuant to the Offer to Purchase and Contract attached to the debtors' Motion, and that the closing attorney is instructed to provide a copy of the HUD 1 to the Chapter 13 Trustee within three (3) days of the closing and to disburse proceeds from the sale as follows:

(a) Payment to satisfy valid outstanding liens and mortgages against the Property
(b) Payment of valid closing costs, including valid brokerage fees
(c) Payment to the debtors of up to $10,000.00
(d) Payment of remaining proceeds to the Chapter 13 Trustee [Chapter 13 Trustee, P. O. Box 61039, Raleigh, NC 27661-1039].

End of Document