

**SO ORDERED.**

**SIGNED this 07 day of February, 2007.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
             EASTERN DISTRICT OF NORTH CAROLINA
                     RALEIGH DIVISION


IN RE:                                    CASE NO.

TODD MICHAEL JACKOVICH                    04-04514-5-ATS
MANDY JEAN JACKOVICH

       DEBTORS
```

### ORDER DISMISSING MOTION TO MODIFY

The matter before the court is the motion filed by the chapter 13 trustee, John F. Logan, to modify the confirmed plan of the chapter 13 debtors, Todd Michael Jackovich and Mandy Jean Jackovich. A hearing was held in Raleigh, North Carolina on February 6, 2007, at which the trustee stated that he had reviewed the debtors' new Schedules I and J, and that he no longer sought to modify the plan. Accordingly, the motion to modify is **DENIED**, and the debtors' discharge may be entered.

  SO ORDERED.

END OF DOCUMENT